# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | Case Number: 06-MJ-00110-DLW |
| | USM Number: |
| JOHNNY BISHOP | Pro Se<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to counts 1 and 2 of the Information.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 43 U.S.C. 1733(a) and 43 C.F.R. 2932.57(a)(1) and (b)(1) | Failure to Obtain Special Recreation Permit from BLM & Pay Required Fees In Order to Pack an Elk Shot & Killed on BLM Land | 11/01/04 thru 11/30/04 | I |
| 43 U.S.C. 1733(a) and 43 C.F.R. 2932.57(a)(1) and (b)(1) | Failure to Obtain Special Recreation Permit from BLM and Pay Required Fees In Order to Pack an Elk Shot & Killed on BLM Land | 11/08/05 | II |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

April 11, 2006
Date of Imposition of Judgment

_____
Signature of Judge

David L. West, United States Magistrate Judge
Name & Title of Judge

April 11, 2006
Date

DEFENDANT: JOHNNY BISHOP  
CASE NUMBER: 06-MJ-00110-DLW

Judgment-Page 2 of 3

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| I | $25.00 | $1,000.00 | $0.00 |
| II | $25.00 | $1,000.00 | $0.00 |
| **TOTALS** | $50.00 | $2,000.00 | $0.00 |

The defendant must pay interest on any restitution or fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options set forth below may be subject to penalties for delinquency and default pursuant to 18 U.S.C. § 3612(g).

DEFENDANT: JOHNNY BISHOP
CASE NUMBER: 06-MJ-00110-DLW

Judgment-Page 3 of 3

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

Defendant shall make monthly payments in the amount of $410.00 beginning on the 15th day of May, 2006 and on the 15th day of each month thereafter until paid in full by September 15, 2006.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment, (2) fine principal, (3) fine interest, (4) penalties.